**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
*Attorneys for Defendants*
*THE BOEING COMPANY,*
*BOEING AEROSPACE OPERATIONS, INC., AND*
*BOEING DISTRIBUTION, INC.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KYLE A. POND, individually,<br><br>Plaintiff<br><br>v.<br><br>SUN COUNTRY AIRLINES HOLDINGS, INC. d/b/a SUN COUNTRY AIRLINES; SUN COUNTRY INC. f/k/a MN AIRLINES, LLC; THE BOEING COMPANY; BOEING AEROSPACE OPERATIONS, INC.; BOEING DISTRIBUTION, INC.; DOES 1 to 100, inclusive; and ROE CORPORATIONS 1 to 100, inclusive,<br><br>Defendants | Case No.: 2:24-cv-00721-CDS-BNW<br><br>STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC., AND BOEING DISTRIBUTION, INC. WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED to by and through LEW BRANDON, JR., ESQ. of BRANDON | SMERBER LAW FIRM on behalf of Defendants, THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC., and BOEING DISTRIBUTION, INC., JASON M. MILLER, ESQ. of NAQVI INJURY LAW on behalf of Plaintiff, KYLE A. POND, and DANIEL MANN, ESQ. of FOX ROTHSCHILD LAW FIRM on behalf of Defendants, SUN COUNTRY AIRLINES HOLDINGS, INC., SUN COUNTRY, INC., fka MN

Page 1 of 3

AIRLINES, LLC that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, KYLE A. POND'S Complaint against Defendants, THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC., and BOEING DISTRIBUTION, INC. be dismissed without prejudice in the above-entitled matter. This matter shall proceed against all other named defendants.

DATED this 20th day of May 2024

**BRANDON│SMERBER LAW FIRM**
*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 384-8424
(702) 384-6568 - *facsimile*

**MCGUIREWOODS LLP**
*/s/ Patrick P. Clyder, Esq.*
**PATRICK P. CLYDER, ESQ.\***
**CASSANDRA M. BURNS, ESQ.\***
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100
(312) 558-4382 – *facsimile*
\**Admission pro hac vice forthcoming*
*Attorneys for the Boeing Defendants*

DATED this 20th day of May 2024

**NAQVI INJURY LAW**
*/s/ Jason M. Miller, Esq.* .
**FARHAN R. NAQVI, ESQ.**
Nevada Bar No. 8589
**JASON M. MILLER, ESQ.**
Nevada Bar No. 16280
**JACOB SUTY, ESQ.**
Nevada Bar No. 16330
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
(702) 553-1000
*(702) 553-1002 – facsimile*
*Attorneys for Plaintiff,*
*KYLE A. POND*

DATED this 20th day of May 2024

**FOX ROTHSCHILD LAW FIRM**

*/s/ Daniel A. Mann, Esq.*
**DANIEL A. MANN, ESQ.**
One Summerlin 1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135

MARK A. DOMBROFF (PHV Application Pending)
JAMES A. EASTWOOD (PHV Application Pending)
2020 K Street, N.W. Suite 500 Washington, DC 20006
*Attorneys for the Sun Country Defendants*

1  **IT IS SO ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants, THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC., and BOEING DISTRIBUTION, INC. are dismissed without prejudice in the above-entitled matter.

Dated: May 23, 2024

_____
United States District Judge

*Respectfully submitted by:*

**BRANDON │ SMERBER LAW FIRM**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 384-8424
(702) 384-6568 - *facsimile*

**MCGUIREWOODS LLP**

**PATRICK P. CLYDER, ESQ.***
**CASSANDRA M. BURNS, ESQ.***
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100
(312) 558-4382 – *facsimile*
**Admission pro hac vice forthcoming*
*Attorneys for the Boeing Defendants*