**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
*Attorneys for Defendant*
*Boeing Distribution, Inc*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KYLE A. POND, individually, | Case No.: 2:24-cv-00721 |
| Plaintiff, | |
| v. | |
| SUN COUNTRY AIRLINES HOLDINGS, INC. d/b/a SUN COUNTRY AIRLINES; SUN COUNTRY INC. f/k/a MN AIRLINES, LLC; THE BOEING COMPANY; BOEING AEROSPACE OPERATIONS, INC.; BOEING DISTRIBUTION, INC.; DOES 1 to 100, inclusive; and ROE CORPORATIONS 1 to 100, inclusive, | |
| Defendants. | |

### MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST

Pursuant to LR IA 11.6(e), of BRANDON SMERBER LAW FIRM, hereby moves this Court for an Order removing attorneys LEW BRANDON, JR., ESQ., email address: l.brandon@bsnv.law, JUSTIN SMERBER, ESQ., email address: j.smerber@bsnv.law, RYAN VENCI, ESQ., email address: r.venci@bsnv.law, SUSAN LEE, ESQ., email address: s.lee@bslv.law; JEFFREY ORR, ESQ., email address: j.orr@bsnv.law; JUSTIN PASQUALE, ESQ., email address: j.pasquale@bsnv.law, KRISTEN MOLLOY ESQ., email address: k.molloy@bsnv.law, from all service lists, including the court's electronic notification list, in the

/ / /

above-captioned case as BOEING DISTRIBUTION, INC. is no longer a party.

DATED this 5th day of September, 2024.

**BRANDON│SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 384-8424
(702) 384-6568 - *facsimile*
**MCGUIREWOODS LLP**
PATRICK P. CLYDER, ESQ.*
CASSANDRA M. BURNS, ESQ.*
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100
(312) 558-4382 – *facsimile*
*\*Admission pro hac vice forthcoming*
*Attorneys for Defendant,*
*Boeing Distribution, Inc.*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

DATED this  6  day of   September  , 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 5th day of September, 2024, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| **FARHAN R. NAQVI, ESQ.**<br>Nevada Bar No. 8589<br>**JASON M. MILLER**<br>Nevada Bar No. 16280<br>**JACOB SUTY**<br>Nevada Bar No. 16330<br>**NAQVI INJURY LAW**<br>jmiller@naqvilaw.com<br>jmiller@naqvilaw.com<br>jsuty@naqvilaw.com<br>9500 West Flamingo Road, Suite 104<br>Las Vegas, NV 89147<br>(702) 553-1000<br>Facsimile (702) 553-1002<br>*Attorneys for Plaintiff,*<br>KYLE A. POND<br>*Attorney for Plaintiff,*<br>DAVID VARGAS | **DANIEL MANN, ESQ.**<br>Nevada Bar No. 15594<br>**FOX ROTHSCHILD LAW FIRM**<br>dmann@foxrothschild.com<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>(702) 699-5935<br>*Attorneys for Plaintiff,*<br>SUN COUNTRY AIRLINES HOLDINGS,<br>INC. d/b/a SUN COUNTRY AIRLINES;<br>SUN COUNTRY INC. f/k/a<br>MN AIRLINES, LLC |

/s/     *Maybelline Valle*
An Employee of Brandon│Smerber Law Firm