**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
*Attorneys for Defendant*
*Boeing Distribution, Inc*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KYLE A. POND, individually, | Case No.: 2:24-cv-00721 |
| Plaintiff, | |
| v. | |
| SUN COUNTRY AIRLINES HOLDINGS, INC. d/b/a SUN COUNTRY AIRLINES; SUN COUNTRY INC. f/k/a MN AIRLINES, LLC; THE BOEING COMPANY; BOEING AEROSPACE OPERATIONS, INC.; BOEING DISTRIBUTION, INC.; DOES 1 to 100, inclusive; and ROE CORPORATIONS 1 to 100, inclusive, | |
| Defendants. | |

**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

Pursuant to LR IA 11.6(e), of BRANDON SMERBER LAW FIRM, hereby moves this Court for an Order removing attorneys LEW BRANDON, JR., ESQ., email address: l.brandon@bsnv.law, JUSTIN SMERBER, ESQ., email address: j.smerber@bsnv.law, RYAN VENCI, ESQ., email address: r.venci@bsnv.law, SUSAN LEE, ESQ., email address: s.lee@bslv.law; JEFFREY ORR, ESQ., email address: j.orr@bsnv.law; JUSTIN PASQUALE, ESQ., email address: j.pasquale@bsnv.law, KRISTEN MOLLOY, ESQ., email address: k.molloy@bsnv.law, DAVID SPURLOCK, ESQ., BRANDON | SMERBER LAW FIRM, 129 E. Warm Springs Road, Las Vegas, NV 89119, email address: d.spurlock@bsnv.law,

MAYBELLINE VALLE, email address: m.valle@bsnv.law, MEGHAN ALLEN, email address: m.allen@bsnv.law, CELIA HILTS, email address: c.hilts@bsnv.law, KRISTINE VILLENO, email address: k.villeno@bsnv.law, and ANNA STEIN, email address: a.stein@bsnv.law from all service lists, including the court's electronic notification list, in the above-captioned case as BOEING DISTRIBUTION, INC. is no longer a party.

DATED this 9th day of April 2025.

**BRANDON │ SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 384-8424
(702) 384-6568 - *facsimile*
**MCGUIREWOODS LLP**
PATRICK P. CLYDER, ESQ.*
CASSANDRA M. BURNS, ESQ.*
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100
(312) 558-4382 – *facsimile*
*Admission pro hac vice forthcoming*
*Attorneys for Defendant,*
*Boeing Distribution, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED this  10  day of _____April_____, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 9th day of April 2025, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| **FARHAN R. NAQVI, ESQ.**<br>Nevada Bar No. 8589<br>**JASON M. MILLER**<br>Nevada Bar No. 16280<br>**JACOB SUTY**<br>Nevada Bar No. 16330<br>**NAQVI INJURY LAW**<br>jmiller@naqvilaw.com<br>jmiller@naqvilaw.com<br>jsuty@naqvilaw.com<br>9500 West Flamingo Road, Suite 104<br>Las Vegas, NV 89147<br>(702) 553-1000<br>Facsimile (702) 553-1002<br>*Attorneys for Plaintiff,*<br>*KYLE A. POND*<br>*Attorney for Plaintiff,*<br>*DAVID VARGAS* | **DANIEL MANN, ESQ.**<br>Nevada Bar No. 15594<br>**FOX ROTHSCHILD LAW FIRM**<br>dmann@foxrothschild.com<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>(702) 699-5935<br>*Attorneys for Plaintiff,*<br>SUN COUNTRY AIRLINES HOLDINGS,<br>INC. d/b/a SUN COUNTRY AIRLINES;<br>SUN COUNTRY INC. f/k/a<br>MN AIRLINES, LLC |

                                                 /s/   *Maybelline Valle*
                                               An Employee of Brandon │ Smerber Law Firm